# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **EUGENIO GARCIA ET AL** | **CASE NO. 2:23-CV-01807** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **INDIAN HARBOR INSURANCE CO ET AL** | **MAGISTRATE JUDGE LEBLANC** |

## JUDGMENT

Before the court is a Report and Recommendation [Doc. 18] of the Magistrate Judge, recommending that the Motion to Remand [doc. 9] filed by plaintiff be denied.

The Report and Recommendation of the Magistrate Judge having been considered, and determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that Plaintiff's Motion to Remand [doc. 9] and the incorporated request for attorney fees are **DENIED. IT IS FURTHER ORDERED** that defendant's Motion for Hearing [doc. 16] be **DENIED AS MOOT**.

**THUS DONE AND SIGNED** in Chambers on this 30th day of September, 2024.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**